UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FATHI MUSHAPHA CULLEN,

        Plaintiff,             Case No. 1:23-cv-1251

v.                                Honorable Phillip J. Green

JANE JONES, et al.,

        Defendants.
_____/

**ORDER DENYING MOTIONS AND FOR PARTIAL DISMISSAL**

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's motions for the appointment of counsel, to produce documents, and for legal materials, copies, and access to law library (ECF Nos. 3, 5, 6, and 7) be **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Fourteenth Amendment equal protection claims be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 26, 2024                    /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge