UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHI MUSHPHA CULLEN,

    Plaintiff,

v.

    Case No: 1:23-cv-1251

    HON. ROBERT J. JONKER

JANE JONES et al.,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 26, 2025 (ECF No. 43). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 35) is GRANTED, and that Plaintiff's claims against Unknown Party #3 are dismissed without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:  July 18, 2025                              /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE